Marie Larson, assignee, plaintiff in error, v. Hannah Umbach, administratrix of the estate of John P. Umbach, deceased, defendant in error. Gen. No. 24,420.

Judgment by confession set aside and defendant permitted to plead to merits. Error to the Municipal Court of Chicago; the Hon. Edward T. Wade, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 16, 1919.

William O. La Monte, for plaintiff in error.   Cooke, Sullivan & Ricks, for defendant in error; Oliver R. Barrett, of counsel.

Mr. Justice Holdom delivered the opinion of the court.